# Court of Appeals
# of the State of Georgia

ATLANTA, January 24, 2024

*The Court of Appeals hereby passes the following order:*

## A24I0109. ATLANTA IMPOUND, INC. v. YARON ATTIA.

Atlanta Impound, Inc. filed this timely application for interlocutory review of the trial court's order granting Yaron Attia's motion for class certification. Pursuant to OCGA § 9-11-23 (g), "[a] court's order certifying a class or refusing to certify a class shall be appealable in the same manner as a final order to the appellate court which would otherwise have jurisdiction over the appeal from a final order in the action." Thus, the order at issue here may be appealed directly.

This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicant has not otherwise filed a notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, Atlanta Impound's application is hereby GRANTED. Atlanta Impound shall have 10 days from the date of this order to file a notice of appeal with the trial court. OCGA § 5-6-34 (b). If Atlanta Impound already has filed a notice of appeal in the trial court, then it need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __01/24/2024__

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*